IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 1:07-cr-00037-MP-AK

CRAIG FRANCIS HALL,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a modification of the Conditions of Release as to Defendant Craig Hall. The order setting the conditions of release stated that the Defendant shall have no "contact with any minor[s], except [his] own children." Doc. 9. After speaking with Probation, the Court hereby modifies Defendant's conditions of release so that Defendant shall have no *unsupervised* contact with any minor children, except his own children.

**DONE AND ORDERED** this  *14th* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge