IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 1:07-cr-00037-MP-AK

CRAIG FRANCIS HALL,

      Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 16, Motion to Take Deposition for Use at

Sentencing Proceeding, filed by Defendant Craig Hall.  A telephonic hearing on this motion was

held on Friday, January 11, 2008.  At the hearing, Defendant stated that he seeks to have a

psychiatrist testify at his sentencing, which is currently scheduled for February 7, 2008.  Because

the psychiatrist will be out of the country during the sentencing hearing, Defendant requests

leave to take a videotaped deposition of the witness.  So that the witness may present his

testimony in open court, the Court finds that a continuance of the hearing would be preferable to

a deposition.  Both the Defendant and the Government agreed to a continuance of the hearing.

Therefore, the sentencing hearing scheduled for February 7, 2008, is continued to a date to be set

by separate notice.

      **DONE AND ORDERED** this *11th* day of January, 2008

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge