IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00037-MP-AK

CRAIG FRANCIS HALL,

    Defendant.

_____/

## O R D E R

This matter is before the Court on a request by the United States Marshals Service that the Order Setting Defendant Hall's Conditions of Release be amended. Currently, the Marshals would be responsible for taking Mr. Hall from Gainesville, Florida, to his designated facility. The Marshals would like the order amended to reflect their practice of taking defendants to the Bureau of Prisons in Tallahassee, which would then be responsible for transporting the Defendant to his designated facility. Therefore, after considering the matter, the Court grants this request, and paragraph F of the Order Setting Conditions of Release, Doc. 24, is amended to state the following:

    F.    Once Defendant Hall is released from Shands Vista, and while he awaits designation by the Bureau of Prisons, the United States Marshals Service is directed to transport Defendant Hall from Shands Vista to the Bureau of Prisons in Tallahassee, Florida, which will then transport the Defendant to the designated facility at the time designation occurs.

All other terms and conditions established in the order shall remain in full force and effect.

    **DONE AND ORDERED** this  _6th_ day of May, 2008

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge