IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00037-MP-AK

CRAIG FRANCIS HALL,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 28, Motion to Alter Judgment to Include Judicial Recommendation, filed by Defendant Craig Hall. In his motion, Mr. Hall request that the Court alter its sentence to make a recommendation to the Bureau of Prisons for Mr. Hall to be designated to a minimum-security facility. The Government has filed a response in opposition to the Defendant's motion, specifically objecting to the waiver of any criteria used to designate Mr. Hall in any manner inconsistent with that of other defendants convicted of similar crimes. A hearing on this matter was held on Friday, May 16, 2008. For the reasons set forth in open court, the Court declines to amend the sentence to make a specific recommendation to the Bureau of Prisons for Mr. Hall's designation. Accordingly, the Motion to Alter Judgment is denied.

    **DONE AND ORDERED** this __16th__ day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge